JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
HASSAN AOYN

County in which action arose:

**DEFENDANTS**
GEORGE KARNAY CATHY GARRET
AND JOCELYN BENSON, IN OFFICIAL CAPACITY

### (b) County of Residence of First Listed Plaintiff WAYNE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant WAYNE
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

### (c) Attorneys *(Firm Name, Address, and Telephone Number)*
EDWARD L. EWALL JR
48660 PONTIAC TRAIL #980792
WIXOM, MI 48393  (313) 510-3329

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [X] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 USC 1983

Brief description of cause: DENIAL OF RIGHT TO RUN FOR PUBLIC OFFICE

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 4/25/25

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes
                                                                        ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously
            discontinued or dismissed companion cases in this or any other          ☒ Yes
            court, including state court? (Companion cases are matters in which      ☐ No
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _WAYNE COUNTY CIRCUIT COURT_

Case No.: _25-000218 02_

Judge: _JUDGE PATRICIA FRESARD_

Notes: _STATE LAW ISSUES IN STATE COURT_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Hassan, Aoun,

     Plaintiff,

v.                                                                        Case No 2025
                                                                          Hon.
George Darnay as clerk of the city of Dearborn;
Cathy M. Garrett, clerk for the county of Wayne;
Jocelyn Benson, secretary of state for the state of
Michigan,

     Defendants.

| | |
|---|---|
| Edward L. Ewald, Jr. (P43751)<br>Attorney for Plaintiff<br>48660 Pontiac Trail, #930792<br>Wixom, MI 48393<br>(313) 510-3329/Fax (248) 856-2247<br>edwardewald@comcast.net | |

## VERIFIED COMPLAINT FOR DECLARATORY, AND INJUNCTIVE RELIEF

    Now Comes Plaintiff, Hassoun Aoun ("Plaintiff"), by and through his counsel, Edward L. Ewald, Jr. and complains to this Honorable Court and against Defendants, George Darnay, as clerk of the city of Dearborn ("Defendant Darnay"), Cathy M. Garrett, as clerk for the county of Wayne ("Defendant Garrett"), and Jocelyn Benson, as secretary of state for the state of Michigan ("Defendant Benson")(collectively referred to as the "Defendants"), for the following reasons:

### Jurisdictional Allegations

1.  Plaintiff is a resident of the city of Dearborn, county of Wayne, state of Michigan.

2.  Defendant Darnay is the clerk of the city of Dearborn located in the county of Wayne, state of Michigan.

1

3. Defendant Garrett is the clerk for the county of Wayne located in the city of Detroit, state of Michigan, and is responsible for supervising and managing all public elections in the county of Wayne.

4. Defendant Benson is secretary of state for the state of Michigan and is responsible for supervising and managing all public elections in the state of Michigan.

5. The subject matter jurisdiction is proper in this Court as the issues involved concern federal questions, 28 U.S.C.1331.

6. Venue is property pursuant to 28 U.S.C 1391.

7. This case arises from Plaintiff's interest in being placed on the election ballot in the city of Dearborn to be considered for the position of mayor.

8. It concerns the denial of Plaintiff's application based on a decades old felony that violates 4th and 14th Amendments to the United States Constitution and 28 U.S.C. 1983.

9. The Unites States Constitution does not prohibit a citizen from applying for an elected public position within the United States.

**Factual Allegations**

10. The plaintiff has applied with the city of Dearborn to run for the office of mayor during the 2025 election term. (See Exhibit "A").

11. There is no mention in the application regarding any prohibition for a felony.

12. The plaintiff obtained all the necessary paperwork to properly apply for the elected position. (See Exhibit "B").

13. Plaintiff's application and affidavit of identity were submitted to Defendant Garrett as county clerk.

14. Plaintiff obtained the necessary signatures to be on the ballot for the 2025 election.

2

15. Under Michigan law, a person is only ineligible for elected public office if the candidate was convicted of a felony in the last 20 years while in public office involving "dishonesty, deceit, fraud or breach of the public trust." Michigan Constitution, Article XI, sec. 8 (See Exhibit "C").

16. Michigan law further provides that no city charter shall "conflict with or contravene the provisions of any general law of the state." MCL 117.36 (See Exhibit "D").

17. Plaintiff's application was accepted by Defendant Darnay.

18. Subsequently, Plaintiff was informed by that his application is being rejected because he was a convicted felon (See Exhibit "E").

19. Section 6.2 of the city of Dearborn Ordinances on elections prohibits any resident of the city from running for elected position that has been convicted of a felony (See Exhibit "F").

20. There is no limitation on felony conviction.

21. The United States Constitution does not prohibit any citizen from running for office because of a felony.

22. The state of Michigan Constitution limits the prohibition to individuals who were convicted while in office and that it occurred less than 20 years ago.

23. The city of Dearborn ordinance is in violation of the federal Constitution and the Michigan Constitution.

24. Plaintiff filed this matter in the Wayne County Circuit Court alleging a violation of the Michigan Constitution.

25. The Trial Court denied Plaintiff's motion for preliminary injunction relying on the Home Rule City Act, MCL 117.3 citing the last sentence of Article XI, sec. 8 of the Michigan

3

Constitution that states in part: "This requirement is in addition to any other qualification required…"

26. This provision is in conflict and denies a rightful candidate is ability to run for the mayor of Dearborn.

## Count I Violation of 28 U.S.C. 1983

27. Plaintiff incorporates by reference paragraph nos. 1 through 27 as if fully stated herein.

28. Plaintiff is a citizen of the city of Dearborn, county of Wayne, state of Michigan, USA

29. Plaintiff as a citizen as the ability to run for public elected office.

30. In this case, Plaintiff has the right to run for mayor of the city of Dearborn.

31. The United States Constitution and Michigan Constitution provide Plaintiff with the right to run for mayor.

32. Defendant Darnay has constructed an illegal and improper barrier to this right to run for mayor.

33. The ordinance enacted by the city of Dearborn is in violation of the United States Constitution and that of the Michigan Constitution.

34. Plaintiff's civil rights have been gravely interfered with and have caused his damage and injury.

35. Plaintiff's damages include but are not limited to his inability to run for office, humiliation and embarrassment with the Dearborn community.

Subject to perjury, I have read the complaint
and believe the facts are true and accurate to
the best of my knowledge.

_____
Hassan Aoun

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an opinion

finding that Defendant Darnay has violated the United States Constitution by denying him the

rightful opportunity to run for mayor of Dearborn and other relief as the Court may deem to be

fair and equitable.

Respectfully submitted,

/s/Edward L. Ewald, Jr.
Edward L. Ewald, Jr. (P43751)
Attorney for Plaintiff
48660 Pontiac Trail, #930792
Wixom, MI 48393
(313) 510-3329/Fax (248) 856-2247





# Candidate Package

## George T. Darany, City Clerk
### City of Dearborn, 16901 Michigan Ave. Ste. 11, Dearborn, MI 48126
### 313-943-2010

## Information Letter

Dear Candidate:

This package contains information and requirements for candidates running for Mayor, City Clerk or City Councilmember for the City of Dearborn during the 2025 election cycle. Please find enclosed within this packet the following items:

- Information Letter (pages 1-2)
- Election Calendar with Deadlines (page 3)
- Affidavit of Compliance with the State of Michigan Constitution (page 4)
- Affidavit of Identity and Receipt of Filing form (pages 5-6)
- Blank Candidate Petitions
- Dearborn Precinct Map
- Flash Drive of Registered Voters (If requested, fee applies)

Candidates must submit nominating petitions having not less than 100 valid signatures, and not more than 200 valid signatures. For those submitting petitions, please read the instructions in this packet. All petitions used by candidates must be in the form required by Michigan election law. Non-conforming petitions and incomplete petitions will be rejected.

Candidates must submit a completed and notarized Affidavit of Identity. Our office can notarize the document. The Affidavit of Identity must include a declaration of the office/position sought.

**Filing Deadline:** Candidate Nominating Petitions, Affidavit of Identity, and Affidavit of Compliance with the State of Michigan Constitution must be hand-delivered/submitted to the Dearborn City Clerk's Office on or before **4:00 PM, TUESDAY, April 22, 2025** (MCL:168.644f). Items submitted after that date/time will be rejected.

**Deadline to Withdraw: 4:00 PM, FRIDAY, April 25, 2025** (must withdraw in writing) (MCL:168.322a).

**Deadline for WRITE-IN CANDIDATES** to file Declaration of Intent:
*For the August Primary Election:*      **4:00 PM, FRIDAY, July 25, 2025** (MCL:168.737a)
*For the November General Election:* **4:00 PM, FRIDAY, October 24, 2025** (MCL:168.737a)

**The terms of office:** All City of Dearborn terms are four-years.

**Candidates are required to possess a campaign committee.** Candidates must meet disclosure obligations provided under the Michigan's Campaign Finance Act. Candidate Campaign committees are required to submit campaign finance reports. Organization of Candidate Committees and Candidate Committee Campaign Finance filings for City of Dearborn officeholders are administered by the office of the Wayne County Clerk. Go to this website https://www.wccampaignfinance.com and the Wayne County pages in this packet for more information.



# **Candidate Package**

### **George T. Darany, City Clerk**
**City of Dearborn, 16901 Michigan Ave. Ste. 11, Dearborn, MI  48126**
**313-943-2010**

Within 4-5 weeks following the filing deadline, the Dearborn Clerk's office will mail a copy of a Proof Ballot with an example of how your name will appear on the ballot.

When ballots are printed, candidate names on the ballot will rotate in alphabetical order beginning with Precinct #1 with the first candidate being at the top of the list.  Precinct #2 will have the next candidate at the top of the list, and so on.

Michigan election law stipulates no person is permitted to solicit votes or engage in any type of campaigning within 100 feet of any doorway used by voters to enter the building in which a polling place is located.  (MCL:168.744) If you are a candidate and not a voter at a particular precinct, you may not enter the precinct to "visit" with election workers. Likewise, if you voted absentee, you may not enter any polling location, as it can be perceived as "campaigning."

If you are a candidate and will vote on Election Day at your home precinct polling location, you may only enter the precinct for the sole purpose of voting and may stay inside the precinct for only the time in which it takes you to vote. The Michigan Elections Bureau can be reached at 517-373-2540 for more information.

If our office can assist you in any way, please let us know.  We are here to help. We wish you well during the election season!

Yours for Dearborn,


George T. Darany
Dearborn City Clerk

2



# Candidate Package

## George T. Darany, City Clerk
**City of Dearborn, 16901 Michigan Ave. Ste. 11, Dearborn, MI 48126**
**313-943-2010**

# Election Calendar with Deadlines

## Primary Election

**TUESDAY, August 5, 2025**

**Deadline for Voter Registration – TUESDAY,** August 5, 2025

Absentee Ballots are available at the Dearborn Administrative Center: **THURSDAY, June 26, 2025**
Last day an AV ballot can be mailed to voter:  **FRIDAY, August 1, 2025**
Last day an AV ballot can be issued to voter:  **MONDAY, August 4, 2025** *(before 4:00pm)*

## General Election

**TUESDAY, November 4, 2025**

**Deadline for Voter Registration – TUESDAY,** November 4, 2025

Absentee Ballots are available at the Dearborn Administrative Center: **THURSDAY, September 25, 2025**
Last day an AV ballot can be mailed to voter:  **FRIDAY, October 31, 2025**
Last day an AV ballot can be issued to voter:  **MONDAY, November 3, 2025** *(before 4:00pm)*

---

## Filing Information:
## Candidates must submit:
- An Affidavit of Identity
- Nominating petition (minimum of 100 valid signatures; no more than 200 signatures can be filed to cover the minimum signature requirement.)
- Deadline For Petitions: 4:00 PM on Tuesday, April 22, 2025  (MCL:168.644f)
- Deadline to Withdraw: 4:00 PM on Friday, April 25, 2025 *(must withdraw in writing)* (MCL:168.322a)
- Deadline for WRITE-IN CANDIDATES to file Declaration of Intent: 4:00 PM on Friday, July 25, 2025 (for the August Primary Election) & 4:00 PM on Friday, October 24, 2025 (for the November General Election.) (MCL:168.737a)



Dearborn.gov
https://dearborn.gov   PDF

# Candidate Package



All petitions used by candidates must be in the form required by Michigan election law. Non-conforming petitions and incomplet...

4 pages · 101 KB



Dearborn.gov
https://dearborn.gov

# Running for Office in Dearborn



Running for Mayor, City Clerk, or City Council. The City of Dearborn is governed by a Mayor and seven-member City Council, all elected by the residents of ...



| | |
|---|---|
| **Subject** | Re: Affidavit of identity |
| **From** | George Darany <gdarany@dearborn.gov> |
| **To:** | Hassan Aoun <aoun1980@aol.com>, Lizbinski, Megan <mlizbinski@dearborn.gov> |
| **Cc:** | Bianca Molinari <bmolinari@dearborn.gov> |
| **Date** | Nov 22, 2024 at 1:40 PM |

Mr. Aoun,

We are in receipt of your USPS package that includes your updated Affidavit of Identity form. We have forwarded the form to Wayne County for their review. We will let you know if there are any issues.

Thank you for your prompt response to our request.

Thank you.

*George*


**George T. Darany, CMC, MiPCA**

Dearborn City Clerk

**16901 Michigan Avenue, Suite 11**

**Dearborn, Michigan 48126**


**313 943-2021**


*"Proud to be Serving My Home Town"*


Show trimmed content

**Subject**  Re: Regarding verification of signatures

**From**  George Darany <gdarany@dearborn.gov>

**To:**  Hassan Aoun <aoun1980@aol.com>

**Date**  Dec 6, 2024 at 12:26 PM

Mr. Aoun,

This letter is to confirm that you have submitted the required number of valid signatures (at least 100) to satisfy one of the qualifications to be considered a candidate for Mayor of the City of Dearborn in the Primary Election on August 5, 2025. The Wayne County Clerk's Office will determine if you have met all the qualifications and can confirm if you officially are a candidate for Mayor of Dearborn.

Please let me know if you have any questions or concerns.

Best of luck to you!

*George*

**George T. Darany, CMC, MiPCA**

Dearborn City Clerk

**16901 Michigan Avenue, Suite 11**

**Dearborn, Michigan 48126**

**313 943-2021**

*"Proud to be Serving My Home Town"*

## Affidavit of Compliance with the State Constitution

The electorate of the State of Michigan amended the State Constitution in November 2010.  That constitutional amendment makes a person ineligible for election or appointment to any state or local elective office or to hold a position in public employment in this state that is policy-making or has discretionary authority over public assets if:

A person is ineligible for election or appointment to any state or local elective office of this state and ineligible to hold a position in public employment in this state that is policy-making or that has discretionary authority over public assets if, within the immediately preceding 20 years, the person was convicted of a felony involving dishonesty, deceit, fraud, or a breach of the public trust and the conviction was related to the person's official capacity while the person was holding any elective office or position of employment in local, state, or federal government. This requirement is in addition to any other qualification required under this constitution or by law. The legislature shall prescribe by law for the implementation of this section.

I understand if the conviction was related to the person's official capacity, while holding office, preceding 20 years, and if the person was convicted of a felony involving dishonesty, deceit, fraud, while the person was holding any elective office, or position of employment in local, state, or federal government that will result in my immediate removal from office.

_Hassan Aun_
Signature

_HASSAN Aoun_
Printed Name

### Notary Certification

_HASSAN AOUN_, did appear before me this _11_

day of _NOV_, 2024 and placed his/her signature on this document.

_[signature]_
Signature of Notary

_ANN F CLARK_
Printed Name of Notary
Acting in Wayne County, Michigan

(seal)

My commission expires on the _____ day of _____.

Ann F Clark
Notary Public State of Michigan
Wayne County
My Commission Expires 3/17/2029
Acting in the County of _Wayne_

4



# Wayne County Campaign Finance Information System

☰ MENU   ⌂ HOME

## View Filed Reports

| Reporting Year | Reporting Period | Report Name | Committee Type |
|---|---|---|---|
| 2025 | --Select Reporting Period-- | --Select Report Name-- | --Select Committee Type-- |

| Committee ID | Committee Name | Filed Date Range | |
|---|---|---|---|
| | 82-158449-HASSAN AOUN FOR | To | |

| Office Type | Office | District / Jurisdiction |
|---|---|---|
| --Select Office Type-- | --Select Office-- | --Select District-- |

Search   Clear

| | Reporting Period Name | Filed Report Name | Committee Type | Filed/Amended Date | Committee ID | Committee Name | Election Year | Office (District / Jurisdiction) | Reporting Year |
|---|---|---|---|---|---|---|---|---|---|
| ⊞ | 07/20/2025 Pre Primary | Affidavit of Identity | Candidate Committee | 11/27/2024 | 82-158449 | HASSAN AOUN FOR MAYOR | 2025 | City Mayor (Dearborn) | 2025 |
| ⊞ | 07/20/2025 Pre Primary | Correspondence – In | Candidate Committee | 12/26/2024 | 82-158449 | HASSAN AOUN FOR MAYOR | 2025 | City Mayor (Dearborn) | 2025 |



Displaying page 1 of 1, records 1 to 2 of 2

2 Woodward Avenue, Suite 502, Coleman A. Young Municipal Center, Detroit, MI 48226    Phone: 313-224-2380    Fax: 313-224-6424

# Affidavit of Identity and Receipt of Filing

CLEAR FORM

*All information must be completed unless otherwise noted. Missing or incorrect information may result in disqualification. Judicial candidates should use a combined judicial affidavit of identity/qualification form rather than this form.*

## SECTION 1 — Candidate information

| First name | Middle name | Last name |
|---|---|---|
| Hassan | | Aoun |

Year of birth: 1980

☐ My name has formally changed in the last 10 years for a reason other than marriage or divorce. My former name is: _____

| Residential address | City | ZIP |
|---|---|---|
| 7047 Hartwell St | Dearborn | 48126 |

| Mailing address, if different than above | City | ZIP |
|---|---|---|
| | | |

| Phone number | Email | Campaign website, if applicable |
|---|---|---|
| 3136776767 | aoun1980@aol.com | |

## SECTION 2 — Office & ballot information

| Office name | Jurisdiction | District/Ward |
|---|---|---|
| Hassan Aoun For Mayor | Dearborn | |

Select one:
- ☐ I am running for a partisan office, and my political party is: _____
- ☑ I am running for a nonpartisan office without party affiliation (*judicial office: see note above*)
- ☐ I am running for a partisan office without party affiliation.

☑ Primary election 08/05/2025 — DATE (MM/DD/YYYY)

☑ General election 11/04/2025 — DATE (MM/DD/YYYY)

Term of office (**select one**): ☑ Regular term ☐ Partial term expiring: _____ DATE (MM/DD/YYYY) ☐ Recall

Indicate exactly how you want your name to be printed on the ballot (**use upper and lowercase letters**):
Hassan Aoun

Filing method (*Select one*):
- ☑ Petitions ☑ Return to me in January ☐ Destroy in January
- ☐ $100 filing fee (*if applicable*)
- ☐ Certification of party nomination and certificate of acceptance (*if applicable*)

## SECTION 3 — Certification & acknowledgment

☐ I previously ran in Michigan for office that required filing reports under the Michigan Campaign Finance Act. I ran in the following counties _____

By signing, I certify that:
- At this date, all statements, reports, late filing fees, and fines required of me or any candidate committee organized to support my election under the Michigan Campaign Finance Act have been filed or paid; and
- I am a United States citizen and meet the statutory and constitutional requirements for the office sought; and
- I acknowledge that making a false statement in this affidavit is perjury - a felony punishable by a fine up to $1,000 or imprisonment for up to five years or both and may result in disqualification from the ballot.

Candidate signature: *Hassan Aoun*     Date: 11/11/2024

| Notary signature | Notary name |
|---|---|
| *M F Clark* | Aon F Clark |
| County of commission | Acting in the County of |
| Wayne | Wayne |
| My commission expires DATE (MM/DD/YYYY) | Date of notarization (MM/DD/YYYY) |
| 3/17/2029 | 11/11/2024 |

## Office use only

| Date of filing (MM/DD/YYYY) | Received by DATE (MM/DD/YYYY) | Reviewed by | Check number |
|---|---|---|---|
| | | | |
| Number of petition sheets | | Campaign Finance Number | |

*Affidavit of Identity and Receipt of Filing   Rev. (10/23)*

2





# MICHIGAN LEGISLATURE

## MCL Complete Through PA 149 of 2024

Senate adjourned until 11/12/24 10:00 AM
House adjourned until 11/12/24 1:30 PM

# MCL - Article XI § 8
Download Section

Chapter 1

CONSTITUTION OF MICHIGAN OF 1963

Constitution-XI

◀ Previous Section    Next Section ▶

STATE CONSTITUTION (EXCERPT)
CONSTITUTION OF MICHIGAN OF 1963

**§ 8 Convictions for certain felonies; eligibility for elective office or certain positions of public employment.**
Sec. 8.

A person is ineligible for election or appointment to any state or local elective office of this state and ineligible to hold a position in public employment in this state that is policy-making or that has discretionary authority over public assets if, within the immediately preceding 20 years, the person was convicted of a felony involving dishonesty, deceit, fraud, or a breach of the public trust and the conviction was related to the person's official capacity while the person was holding any elective office or position of employment in local, state, or federal government. This requirement is in addition to any other qualification required under this constitution or by law.

The legislature shall prescribe by law for the implementation of this section.

**History:** Add. S.J.R. V, approved Nov. 2, 2010, Eff. Dec. 18, 2010



**Senate Fiscal Agency**

NOVEMBER
2010
BALLOT PROPOSAL 10-2

An Overview

Prepared by
Patrick Affholter,
Legislative Analyst

Gary S. Olson, Director

Phone (517) 373-2768
TDD (517) 373-0543

http://www.senate.michigan.gov/sfa /



On November 2, 2010, Michigan voters will decide whether to adopt an amendment to the State Constitution to restrict a person's eligibility for elective office and for certain governmental employment. Proposal 10-2 is the result of Senate Joint Resolution V, which passed the Michigan Senate and House of Representatives with more than a two-thirds vote in each chamber. Proposal 10-2 will appear on the ballot as follows:

***A PROPOSAL TO AMEND THE STATE CONSTITUTION TO PROHIBIT CERTAIN FELONS FROM HOLDING ELECTIVE OFFICE AND SPECIFIED TYPES OF PUBLIC EMPLOYMENT POSITIONS***

*The proposed constitutional amendment would:*

*Make a person ineligible for election or appointment to any state or local elective office or to hold a position in public employment in this state that is policy-making or has discretionary authority over public assets, if:*

- *within the preceding 20 years, the person was convicted of a felony involving dishonesty, deceit, fraud, or a breach of the public trust; and*

- *the conviction was related to the person's official capacity while holding any elective office or position of employment in local, state, or federal government.*

*Require the State Legislature to enact laws to implement the prohibition.*

*Should this proposal be adopted?*

If a majority of the electors vote "yes", Proposal 10-2 will be adopted as Article XI, Section 8 of the State Constitution.

If approved, the provisions of the constitutional amendment will be in addition to any other qualification for elective office or public employment required under the Constitution or by statute. Currently, Article IV, Section 7 of the State Constitution provides that a person who has been convicted of subversion or who, within the preceding 20 years, has been convicted of a felony involving a breach of the public trust, is ineligible for a position as State Senator or Representative.

Proponents of Proposal 10-2 suggest that, given recent developments in the City of Detroit, where locally elected and appointed officials have been convicted of felonies related to their conduct in office, the current constitutional restriction is too limited because it applies only to holding State legislative office and does not clarify what constitutes a breach of the public trust. Others contend, however, that the proposed constitutional amendment does not go far enough to root out governmental and political corruption, and that *all* felons should be prohibited from holding office or a position involving policy-making or discretionary authority over public assets.

Opponents of the measure suggest that the proposed restrictions are unnecessary because an astute electorate can decide for itself whether someone should be entrusted with holding public office or other governmental positions. They contend that the State Constitution should not bar someone whom the voters may want to elect.

If the voters approve Proposal 10-2, it will apply to elective office, as well as governmental employment that involves policy-making or discretionary authority over public assets, at all levels of State and local government, including universities, courts, counties, cities, villages,

townships, and school districts. The proposed amendment does not specify, however, the positions that will be affected or the felonies that will disqualify someone from holding office or public employment, but it does direct the Legislature to enact laws to implement the prohibition.

Implementing legislation could address such issues as what constitutes policy-making, which positions involve discretionary authority over public assets, which felonies represent a breach of the public trust, and how to determine whether a prior conviction was related to a person's official capacity in office. Legislation also could create a process for disqualifying candidates for election or applicants for public employment, and procedures to settle disputes. The extent of implementing legislation is within the purview of the Legislature, however, and issues that are not addressed in statute ultimately will be resolved by the courts.

If approved, Proposal 10-2 will take effect on December 18, 2010.



MICHIGAN LEGISLATURE

MCL Complete Through PA 2 of 2025

Senate adjourned until 04/23/25 10:00 AM

# MCL - Section 117.36
Download Section

Chapter 117

Act 279 of 1909

◀ Previous Section    Next Section ▶

**THE HOME RULE CITY ACT (EXCERPT)**
**Act 279 of 1909**

**117.36 Charter provisions; conflict.**

Sec. 36.

No provision of any city charter shall conflict with or contravene the provisions of any general law of the state.

**History:** 1909, Act 279, Eff. Sept. 1, 1909 ;-- CL 1915, 3339 ;-- CL 1929, 2272 ;-- CL 1948, 117.36

Acceptable Use Policy    Privacy Policy    DMCA Policy    Comment Form    Legislative Directory    Accessibility
Site Map

🔲 Bills    🔲 Meetings    🔲 Laws

The Michigan Legislature Website is a free service of the Legislative Service Bureau in cooperation with the Michigan Legislative Council, the Michigan House of Representatives, the Michigan Senate, and the Library of Michigan. This site is intended to provide accurate and timely legislative information to the citizens of the State of Michigan and other interested parties. Additional historical documents can be found at https://www.michigan.gov/libraryofmichigan. The information obtained from this site is not intended to replace official versions of that information and is subject to revision. The Legislature presents this information, without warranties, express or implied, regarding the accuracy of the information, timeliness, or completeness. If you believe the information is inaccurate, out-of-date, or incomplete or if you have problems accessing or reading the information, please send your concerns to the appropriate agency using the online Comment Form in the bar above this text.





# CITY OF DEARBORN

*Home Town of Henry Ford*

### CITY CLERK'S OFFICE

### GEORGE T. DARANY
### CLERK

CLERK'S OFFICE       (313) 943-2010
FAX                  (313) 943-2011
EMAIL  gdarany@ci.dearborn.mi.us

December 26, 2024

Hassan Nazih Aoun
7047 Hartwell St.
Dearborn, MI 48126

Re:     Eligibility for Elective Office

Dear Mr. Aoun:

We are in receipt of the nominating petitions for the elective office of Mayor you submitted to the Clerk's Office on November 12, 2024. Section 6.2 of the Dearborn City Charter ("Charter") mandates that:

> *No person shall become a candidate or hold elective office under this charter unless that person is a resident for one year, has never been convicted of a felony and is a registered voter of the City.*

According to the Michigan State Police Internet Criminal History Access Tool ("ICHAT"), as of December 18, 2024, your criminal history includes three felony convictions (10/28/2009; 6/06/2012; and 06/27/2012). Pursuant to Section 6.2 of the Charter you are, therefore, ineligible to be certified as a candidate for Dearborn Mayor. Any prior action taken by the Clerk's Office on your nominating petition is hereby rescinded.

If the information contained on the attached ICHAT report is inaccurate or false, please contact my office immediately with records demonstrating this discrepancy.

Regards,

George T. Darany
Dearborn City Clerk

cc: Cathy M. Garrett, Wayne County Clerk

---

DEARBORN ADMINISTRATIVE CENTER • 16901 MICHIGAN AVENUE • SUITE 11 • DEARBORN, MICHIGAN 48126-2899



## Section 6.2. - Qualifications of elective officers.

No person shall become a candidate or hold elective office under this charter unless that person is a resident for one year, has never been convicted of a felony and is a registered voter of the City.