UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HASSAN AOUN,

    Plaintiff,

v.

GEORGE DARANY,

    Defendant.

Case No. 25-11191
Honorable Laurie J. Michelson
Magistrate Judge David R. Grand

## SCHEDULING ORDER FOR PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

On May 21, 2025, Plaintiff filed an emergency motion for preliminary injunction. On May 23, 2025, this Court held a telephone conference with the parties to discuss the schedule and procedures for resolving Plaintiff's motion. In view of that discussion, the Court issues the following briefing schedule:

| Event | Due Date |
| --- | --- |
| Defendants' Response | May 30, 2025 |
| Plaintiff's Reply | June 5, 2025 |

The parties agree that Plaintiff's preliminary injunction motion raises purely legal issues that can be resolved on the briefs. The Court will advise the parties if it feels oral argument is needed. *See Caspar v. Snyder*, 77 F. Supp. 3d 616, 639 (E.D. Mich. 2015) ("Indeed, no evidentiary hearing is required for a preliminary injunction when factual matters are not in material dispute."); *see also Hunter v. Hamilton Cnty. Bd. of Elections,* 635 F.3d 219, 246 (6th Cir. 2011) (noting that a hearing is not

2

required for resolving a preliminary injunction motion "when the issues are primarily questions of law").

SO ORDERED.

Dated: May 23, 2025

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE
