**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

_____

**HASSAN AOUN
PO BOX 1132
DEARBORN MI 48121
3133486969**

_____

**NOTICE OF VOLUNTARY DISMISSAL Case No. 2:25-cv-11191**

To the Honorable District Court:

I, Hassan Aoun, the Plaintiff in this case, hereby voluntarily dismiss the above-captioned matter in its entirety, without prejudice. This dismissal applies to all defendants, including the City of Dearborn and George T. Darany, in his official capacity as City Clerk of Dearborn.

I respectfully request that the Court close this case accordingly.

Respectfully submitted,
Hassan Aoun
Pro Se Plaintiff
P.O. Box 1132
Dearborn, Michigan 48121
Aoun1980@aol.com
(313) 348-6969
Dated: July 1, 2025

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

## Case No. 2:25-cv-11191

CERTIFICATE OF SERVICE

I, Hassan Aoun, certify that on July 1, 2025, I served a copy of the Notice of Voluntary Dismissal in the above-captioned case via first-class U.S. Mail and/or by email upon the following parties:

George T. Darany
City Clerk – City of Dearborn
16901 Michigan Avenue
Dearborn, MI 48126
clerk@ci.dearborn.mi.us

Corporation Counsel, City of Dearborn
City Legal Department
16901 Michigan Avenue
Dearborn, MI 48126

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,
/s/ Hassan Aoun
Hassan Aoun
Pro Se Plaintiff
P.O. Box 1132
Dearborn, MI 48121
Aoun1980@aol.com
(313) 348-6969
Dated: July 1, 2025

# UNITED STATES COURT OF APPEALS – SIXTH CIRCUIT

_____

HASSAN AOUN
PO BOX 1132
DEARBORN MI 48126
AOUN1980@AOLO.COM

_____

**NOTICE OF VOLUNTARY DISMISSAL OF APPEAL**
Case No. 25-1593

To the Honorable Sixth Circuit Court of Appeals:

I, Hassan Aoun, the Plaintiff-Appellant in the above-captioned case, hereby voluntarily dismiss my appeal in full. This dismissal includes all appellees: the City of Dearborn and George T. Darany, in his official capacity as City Clerk of Dearborn.

I respectfully request that the Clerk of Court mark this appeal as dismissed upon receipt of this notice.

Respectfully submitted,
/S/Hassan Aoun
Pro Se Appellant
P.O. Box 1132
Dearborn, Michigan 48121
Aoun1980@aol.com
(313) 348-6969
Dated 07-01-2025

**UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT**

**Case No. 25-1593**

CERTIFICATE OF SERVICE

I, Hassan Aoun, certify that on July 1, 2025, I served a copy of the Notice of Voluntary Dismissal of Appeal in the above-captioned case via U.S. Mail and/or electronic service to the following parties:

George T. Darany
City Clerk – City of Dearborn
16901 Michigan Avenue
Dearborn, MI 48126
clerk@ci.dearborn.mi.us

City of Dearborn Corporation Counsel
City Legal Department
16901 Michigan Avenue
Dearborn, MI 48126

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,
/s/ Hassan Aoun
Hassan Aoun
Pro Se Appellant
P.O. Box 1132
Dearborn, MI 48121
Aoun1980@aol.com
(313) 348-6969
Dated: July 1, 2025